# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG TELECOMMUNICATIONS, INC., <br>     Plaintiff, <br> v. <br><br> CHR SOLUTIONS, INC. <br>     Defendant/Third Party Plaintiff, <br> v. <br><br> VANTAGE POINT SOLUTIONS, INC. <br> and VIRGINIA GARDEA <br>     Third Party Defendants. | Civil No. 18-787 |

## ORDER

Presently before the Court is Defendant CHR Solutions, Inc.'s ("CHR") Motion to Compel Discovery from Third-Party Defendant, Vantage Point Solutions, Inc. ("Vantage Point"). ECF No. 81. Vantage Point has filed a Response in Opposition to the Motion. ECF No. 83. In its Response, Vantage Point represents that it has been diligently reviewing voluminous documents in order to comply with CHR's discovery requests. In addition, on April 24, 2019, the Court issued a Memorandum Opinion and Order, granting the Third-Party Defendant's Motion to Dismiss CHR's Third-Party Claims, without prejudice. The Court granted CHR leave to file Second Amended Third-Party Claims no later than May 24, 2019. Fact discovery does not close until August 20, 2019. Vantage Point represents that the parties are scheduled to discuss outstanding discovery issues on Friday, April 26, 2019.

The Court is not inclined to issue any sanction for discovery issues at this time, including declaring any objections waived. Counsel are directed to continue to communicate to resolve issues and modify timelines for discovery as necessary for the circumstances of this case. Accordingly, CHR's Motion to Compel Discovery from Third-Party Defendant, Vantage Point

Solutions, Inc. (ECF No. 81) is DENIED, without prejudice. If counsel are not able to resolve discovery issues by consent agreement, upon motion of any party, a discovery status conference will be scheduled.

**IT IS SO ORDERED:**

Dated: April 25, 2019

Marilyn J. Horan
United States District Judge